# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LISA WHITE,
42771 Glenside Drive
Brambleton, Virginia  20148

  Plaintiff,

v.                 Civil Action No.

FOUR SEASONS HOTELS AND RESORTS,
3800 Pennsylvania Ave., NW
Washington, DC  20007

  Defendant.

## NOTICE OF REMOVAL OF CIVIL ACTION

TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF LISA WHITE AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Four Seasons Hotels and Resorts ("Four Seasons") has been named and served as a defendant in the above-captioned matter.  Four Seasons now removes the action to this Court pursuant to 28 U.S.C. § 1441.  In support of this Notice of Removal, Four Seasons shows as follows:

1. A civil action entitled *Lisa White v. Four Seasons Hotels and Resorts*, Case No. 2013 CA 005491 B, has been commenced and is now pending against Four Seasons in the Superior Court for the District of Columbia, Civil Division.  The District of Columbia is embraced by this Court's jurisdiction.

2. Copies of the Summons and Complaint in said action are attached hereto as **Exhibit A**. Four Seasons was served with the Summons and Complaint by mail on August 23, 2013. No further proceedings have been had in the Superior Court for the District of Columbia.

3. The attached Complaint asserts claims under 42 U.S.C. § 2000e *et seq*. and 42 U.S.C. § 1981, as well as the District of Columbia Human Rights Act.

4. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction of this litigation. *See id*. ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.").

5. This Notice of Removal is timely in that it has been filed within thirty (30) days of Four Seasons' first receipt of the Summons and Complaint, on or about August 23, 2013. 28 U.S.C. § 1446(b)(1).

6. Contemporaneously with the filing of this Notice Removal in this Court, written notice thereof shall be served on Plaintiff's counsel of record and a copy shall be filed with the clerk of the Superior Court for the District of Columbia. 28 U.S.C. § 1446(d).

WHEREFORE, having complied with all legal requirements, Four Seasons hereby effects the removal of the state court action to the present Court under the style shown above.

DATED: September 13, 2013

                                 **FOUR SEASONS HOTELS AND RESORTS**
                                 By Counsel

                                 **BANCROFT, MCGAVIN, HORVATH**
                                 **& JUDKINS, P.C.**

                                 __/s/ Dawn E. Boyce_____
                                 Dawn E. Boyce, Esquire (DC Bar No. 440010)
                                 John D. McGavin, Esquire (DC Bar No. 475899)
                                 3920 University Drive
                                 Fairfax, Virginia  22030
                                 Phone: 703-385-1000
                                 Fax: 703-385-1555
                                 jmcgavin@bmhjlaw.com
                                 dboyce@bmhjlaw.com

                                 **STOKES, WAGNER, HUNT, MARETZ & TERRELL**
                                 Paul E. Wagner, Esquire
                                 Anne Marie Mizel, Esquire
                                 903 Hanshaw Road
                                 Ithaca, New York 14850
                                 Phone: 607-257-5165
                                 Fax: 607-257-6293
                                 pwagner@stokeswagner.com
                                 amizel@stokeswagner.com

                                 Counsel for Defendant,
                                 Four Seasons Hotels and Resorts

## CERTIFICATE OF MAILING

      I hereby certify that a true copy of the foregoing Notice of Removal of Civil Action was served electronically and mailed on the 13th day of September, 2013, to:

David Sanford, Esquire
Brandon M. Jamison, Esquire
Sanford Heisler, LLP
1666 Connecticut Avenue, N.W., Suite 300
Washington, D.C.  20009
dsanford@sanfordheisler.com
bjamison@sanfordheisler.com

                                      /s/ Dawn E. Boyce
                                    Dawn E. Boyce